In The United States District Court
For The Northern District.

MR. Patrick Mozee 1448936
Verses
Warden Christopher Wiedau
et. al

2.20.2025

7-25CV-017-0

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 3 2025
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Dear honorable judge, please be advised that I mailed a 1983 Action to your court through Allred Unit Law Library clerk Ms. Goad. She did not let me seal up my legal mail like policy enforces that I have the right to do so. So I want to let the court know that on 2.20.2025 I sent 2 complete 1983 forms with step two grievance attached, one complete IFP form and one complete copy of my 6 month financial history to proceed IFP. I already have problems with the Allred Unit grievance for throwing my grievances away so I can't write up C.O. Don E. Iraganje for sexually harassing me and threatening to poison my food with deadly fentanyl drug which I don't use.

NAME Patrick mozee
TDC# 01448936
2101 FM 369 N
IOWA PARK, TEXAS 76367

RECEIVED
MAR - 3 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NORTH TEXAS TX P&DC
25 FEB 2025 PM 8 L

Clerk
United States District Court
1000 Lamar St. suite 203
Witchita Falls, Texas. 76301

LEGAL

76301-943153

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISIC