IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| PATRICK MOZEE,<br>TDCJ No. 01448936,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WARDEN CHRISTOPHER WIEDAU,<br>et al.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:25-cv-017-O |

## JUDGMENT

This action came on for consideration and Plaintiff having failed to submit answers to the Court's Questionnaire,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The Clerk of Court shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff.

**SIGNED** this **23rd day** of **April 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE